**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Ever MEJIA–CASTILLO, Defendant—Appellant.**

**No. 04–50386.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.[*]

Decided Oct. 27, 2005.

Jeremy D. Matz, Esq., USLA–Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Suzanne M. Lachelier, AFP, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

MEMORANDUM [**]

Jose Ever Mejia–Castillo appeals the 57–month sentence imposed following his guilty-plea conviction for being an alien found in the United States after removal, in violation of 8 U.S.C. § 1326(a) and (b)(2). We have jurisdiction under 28 U.S.C. § 1291.

Because Appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

would have been materially different had the district court known that the Guidelines were advisory, we would normally vacate the sentence and remand to the district court to answer that question, and to proceed pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir. 2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005) (extending *Ameline'*s limited remand procedure to cases involving non-constitutional *Booker* error)

Because in this case the sentencing judge is no longer available, we vacate the sentence and remand for the district court to proceed pursuant to *Ameline. See United States v. Sanders,* 421 F.3d 1044, 1051–52 (9th Cir.2005).

SENTENCE VACATED and RE-MANDED.

---

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.